| ⊛PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| (Rev. 2/88) | | 3:95CR00029-007(JAF) |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | 04-10258 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| JORGE L. MARTINEZ-ROSADO | PUERTO RICO | |
| AKA FOBI | NAME OF SENTENCING JUDGE | |
| WORCESTER, MA | JOSE A. FUSTE | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/08/02 | TO 07/07/07 |

**OFFENSE**

21 U.S.C. §§ 841 AND 846 - CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF AMOUNTS IN EXCESS OF 50 GRAMS OF COCAINE BASE, 5 KILOGRAMS OF COCAINE, ONE KILOGRAM OF HEROIN AND AN UNDETERMINED AMOUNT OF MARIHUANA, A CLASS A FELONY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____PUERTO RICO_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____DISTRICT OF MASSACHUSETTS_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____8/4/04_____                        _____[signature]_____
*Date*                                   *United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____MASSACHUSETTS_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____Aug 19, 2004_____                   _____William G. Young_____
*Effective Date*                          *United States District Judge*

EF/